**STATE of Missouri, Respondent,**

v.

**Kevin D. ROBERTS, Appellant.**

**No. WD 72177.**

Missouri Court of Appeals, Western District.

March 27, 2012.

Darren E. Fulcher, Kansas City, MO, for appellant.

Shaun J. Mackelprang and Jessica P. Meredith, Jefferson City, MO, for respondent.

Before: LISA WHITE HARDWICK, C.J., and ALOK AHUJA and GARY D. WITT, JJ.

### ORDER

PER CURIAM:

Kevin Roberts was convicted in the Circuit Court of Jackson County of second-degree murder, unlawful use of a weapon, second-degree assault, and three counts of armed criminal action. Roberts appeals, arguing that the circuit court erred in refusing to enter a judgment of acquittal based on what Roberts contends was undisputed and uncontradicted evidence that he acted in self-defense and/or defense of others. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b).